WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eulandas J. Flowers,<br><br>      Plaintiff,<br><br>v.<br><br>Sandra Lawrence, et al.,<br><br>      Defendants. | No. CV 14-08184-PCT-JAT (ESW)<br><br>**ORDER** |

**IT IS ORDERED** that Plaintiff Eulandas J. Flowers ("Plaintiff") will be given the opportunity to, once again, view the video records on which he purports to have orally filed emergency grievances in early April of 2014. While reviewing these videos, Plaintiff will carefully identify the specific periods of time in which he believes he grieved by noting the exact time of the beginning and end of each alleged grievance, the date of each alleged grievance, and the video record on which each alleged grievance may be located.

Plaintiff is cautioned that he must make a good faith effort to limit his time range to only the portion of the video Plaintiff argues constitutes a grievance. For example, if Plaintiff identifies 27 hours of video as his "grievance," the Court will deem Plaintiff to not be acting in good faith, and to be <u>admitting</u> that he can point to no portion of the video that is legitimately a grievance.

**IT IS FURTHER ORDERED** that Defense counsel will contact Plaintiff in order to arrange a time to view the video by **Wednesday, July 6, 2016**.

**IT IS FURTHER ORDERED** that Plaintiff will view the video by **Wednesday,**

1 **July 20, 2016**.

2 **IT IS FURTHER ORDERED** that Plaintiff will communicate to Defense counsel the specific periods of time in which he believes he grieved on the video records by **Friday, July 22, 2016**, so that all parties are on notice.

**IT IS FURTHER ORDERED** that Plaintiff will file notice with the Court by **Monday, July 25, 2016** in which Plaintiff will clearly identify the specific periods of time in which he believes he grieved on the video records. Specifically, Plaintiff must note the exact time of the beginning and end of each alleged grievance, the date of each alleged grievance, and the video record on which that alleged grievance may be located.

**IT IS FURTHER ORDERED** setting a hearing for <u>Tuesday, August 2, 2016 at 1:30 p.m.</u> to watch only those specific portions of the video records in which Plaintiff purports to have orally filed an emergency grievance.

**IT IS FURTHER ORDERED** that Defense counsel and Plaintiff shall attend the hearing, which will be held at <u>401 W. Washington Street, Phoenix, Arizona, Courtroom 503</u>. The Court will make arrangements for Plaintiff to appear in person at this hearing.

Dated this 30th day of June, 2016.

_____
James A. Teilborg
Senior United States District Judge